**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARMANDO C. CASUCCI | : | NO.: 3:01CV01110 (PCD) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH FAUGHNAN, CHARLES HYNES, | : | |
| and WILLIAM CHAPMAN | : | OCTOBER 8, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, JOSEPH FAUGHNAN, CHARLES HYNES and WILLIAM CHAPMAN, hereby submit its bill of costs in the above-captioned case. The District Court entered judgment for the defendants on July 8, 2002, following a summary judgment ruling in favor of the defendants. The District Court's decision was affirmed by the Court of Appeals on September 7, 2004. The Court of Appeals issued a mandate in favor of the defendants on September 29, 2004. A verification pursuant to 28 U.S.C. §1924 is attached hereto as Exhibit A.

    A.    Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (Exhibit A1)

        1.    Deposition transcript of the plaintiff, Armando C. Casucci, taken on February 18, 2002.

| | |
|---|---:|
| Transcript | $ 412.80 |
| Appearance Fee | 65.00 |
| Tax | 28.67 |
| Total: | $ 506.47 |

                                        THE DEFENDANTS,
                                      JOSEPH FAUGHNAN, CHARLES
                                      HYNES, and WILLIAM CHAPMAN


                                      /s/John J. Radshaw, III
                                      John J. Radshaw, III, ct19882
                                      HOWD & LUDORF
                                      65 Wethersfield Avenue
                                      Hartford, CT  06114
                                      Phone:  (860) 249-1361
                                      Fax:  (860) 249-7665
                                      E-mail:  jradshaw@hl-law.com


## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of October, 2004.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Kenneth J. McDonnell, Esquire
Gould, Larson, Bennet, Wells
 & McDonnell, P.C.
35 Plains Road
P.O. Box 959
Essex, CT  06426

                                      /s/John J. Radshaw, III
                                      John J. Radshaw, III