## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMANDO C. CASUCCI | : | NO.: 3:01CV01110 (PCD) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH FAUGHNAN, CHARLES HYNES, | : | |
| and WILLIAM CHAPMAN | : | OCTOBER 8, 2004 |

### AFFIDAVIT OF JOHN J. RADSHAW, III

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendants, JOSEPH FAUGHNAN, CHARLES HYNES and WILLIAM CHAPMAN, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the defendants, JOSEPH FAUGHNAN, CHARLES HYNES and WILLIAM CHAPMAN, in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

/s/John J. Radshaw, III
John J. Radshaw, III

2

STATE OF CONNECTICUT     )

                                        )     ss:     *Hartford*

COUNTY OF HARTFORD     )

Subscribed and sworn to before me this 8th day of October, 2004.

                                                      /s/Elvira C. Blackman  
                                                      Elvira C. Blackman  
                                                      Notary Public  
                                                      My Commission Expires: 10/31/07